# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JEPRECE ROUSSELL, ON BEHALF
OF AND AS TUTRIX FOR S.C.R.,
THE MINOR CHILD OF KIERSTON
ROUSSELL DECEASED, ET AL.

NO.    2021 CW 1111

VERSUS

PBFX OPERATING COMPANY, LLC,
ET AL.

### CONSOLIDATED WITH

LEROY BROWN AND ERRON LEWIS

VERSUS

PBFX OPERATING COMPANY, LLC,
ET AL.

**SEPTEMBER 24, 2021**

---

In Re:    Chalmette Refining, LLC, PBF Holding Company, LLC,
PBFX Operating Company, LLC, Guy Swinford, and Michael
Menesses, applying for supervisory writs, 19th
Judicial District Court, Parish of East Baton Rouge,
No. 672352 c/w 681234.

---

**BEFORE:    GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**STAY DENIED; WRIT DENIED.** The trial court is to rule on
the defendants' motion for summary judgment and the motion for
continuance of the trial. The trial court's judgment on the
motion for summary judgment shall be in accordance with La. Code
Civ. P. article 966(C)(3), which states, "The court shall render
a judgment on the motion not less than twenty days prior to the
trial." If the trial court grants the motion for summary
judgment and the relators are dismissed, the trial may continue
against the remaining parties who have not filed a motion for
summary judgment.

JMG

GH

**Chutz, J.,** concurs and would deny the stay and deny the
writ.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT